IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DOMINGOS TAVARES,**

    Petitioner,

vs.                                    Case No. 4:11cv178-MP/WCS

**ERIC H. HOLDER, JR.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, who is *pro se*, submitted a petition for writ of habeas corpus under § 2241, doc. 1, alleging that he had been "awaiting removal to Cape Verde Island, the country of his birth," for over 180 days. Petitioner contends the United States will be unable to remove him in the reasonably foreseeable future and there is no significant likelihood that Cape Verde Island's Consulate will issue travel documents for Petitioner. *Id.*, at 1. Service was directed on May 9, 2011, doc. 4, and Respondents have now filed a motion to dismiss, doc. 12.

The motion advises that Petitioner was "released from the custody of Immigration and Customs Enforcement (ICE) on June 27, 2011." Doc. 12, p. 1. Accordingly,

Respondents contend this § 2241 petition is moot because Petitioner has received the relief he sought.

Attached to the motion to dismiss is a copy of the Order of Supervision, signed by Petitioner on June 27, 2011. That Order provides a forwarding address for Petitioner. This Order and Report and Recommendation will be provided to Petitioner at that address as well as the current address of record. If Petitioner does not contest the dismissal of this petition, no further action need be taken. If Petitioner *does* challenge this dismissal, he must file either a motion for reconsideration or he may file objections as explained at the end of this Report and Recommendation.

## ORDER

Accordingly, it is **ORDERED** that the Clerk of Court shall send of this a copy of this Order and Report and Recommendation to Petitioner at his address of record and to the address provided by Respondents in the Order of Supervision (doc. 12-1, p. 3): 4 Church Street, Apt. #5, Molden, MA 02148.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 12, be **GRANTED**, and this § 2241 petition be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on July 7, 2011.

    S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.