IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOMINGOS TAVARES,

    Petitioner,

v.                                                      CASE NO. 4:11-cv-00178-MP-WCS

DEPARTMENT OF HOMELAND SECURITY, et al.

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 13, the Report and Recommendation of the Magistrate Judge, recommending that this petition be dismissed as moot because petitioner has been release. The Report and Recommendation was mailed to two locations: (1) the prison were he was being held, and (2) the address listed in his order of supervision. The one to the prison was returned undeliverable, but the second copy appears to have reached Mr. Tavares. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that the petition is now moot. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein, and the petition is dismissed as moot. The Clerk is directed to close the file.

    **DONE AND ORDERED** this _16th_ day of August, 2011

                                                    *s/Maurice M. Paul*
                                                    Maurice M. Paul, Senior District Judge